# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.J. REEVES and H. O'MALLEY, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>7-ELEVEN, INC.,<br><br>  Defendant. | Case No. 1:22-cv-03533-RCL<br><br>Hon. Royce C. Lamberth |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT

Defendant 7-Eleven, Inc., respectfully moves this Court for a 30-day extension of time to respond to the Complaint. In support of this motion, 7-Eleven states:

1.      Plaintiffs S. J. Reeves and H. O'Malley filed a class action complaint in this Court on November 19, 2022. *See* Complaint, ECF No. 1.

2.      On December 20, 2022, this Court granted 7-Eleven's unopposed motion to extend the deadline to respond to the complaint. *See* Minute Order.

3.      On February 2, 2023, the Parties jointly moved to stay proceedings pending the Food & Drug Administration's resolution of an ongoing rulemaking concerning menthol cigarettes. *See* Joint Motion, ECF No. 7.

4.      On February 7, 2023, this Court granted the Parties' joint motion and stayed proceedings pending the resolution of FDA's rulemaking. *See* Order, ECF No. 10.

5.      On September 6, 2023, Plaintiffs moved to lift the stay. *See* Plaintiffs' Motion to Lift Stay, ECF No. 12.

6. On July 29, 2024, this Court lifted the stay. *See* Memorandum and Order, ECF No. 22. It ordered 7-Eleven to file any answer or motion to dismiss within 30 days—that is, by August 28, 2024. *See* Order, ECF No. 23.

7. 7-Eleven plans to move to dismiss this action. It is, however, one of first impression that presents novel issues regarding, for example: (a) the extent and nature of any health representations that purportedly arise from the mere inclusion of menthol cigarettes in displays that include other tobacco products; and (b) the preemptive effect of the Federal Cigarette Labeling and Advertising Act and the Family Smoking Prevention and Tobacco Control Act of 2009 on Plaintiffs' claims. During the period this case was stayed, 7-Eleven's counsel anticipated that FDA's ultimate decision on its proposed menthol rule would be a significant factor in 7-Eleven's response to the Complaint. As a result, counsel diverted their attention to other pressing matters.

8. Some of those matters have created and will continue to create conflicts for counsel in the weeks leading up to the current deadline. Those conflicts include:

- Oral argument on a motion to dismiss in *Michael D. Reiner, M.D., P.C. v. CVS Pharmacy, Inc. et al.*, No. CV24-0096 (Nev. Fifth Jud. Dist. Ct.) (argued July 30, 2024)

- Supplemental briefing on motion to dismiss in *Robison v. Experian Information Solutions, Inc.*, No. 01-24-0000-0589 (American Arbitration Association) (filed Aug. 5, 2024)

- Mediation brief for mass arbitration and five putative class action cases (due Aug. 7, 2024)

- Oral argument on motion to dismiss in *Robison* (to be argued Aug. 7, 2024)

- Reply in support of motion to compel arbitration and opposition to request to stay and for discovery in *Adenikinju v. Experian Information Solutions, Inc.*, No. 24-cv-00259 (E.D. Va.) (due Aug. 8, 2024)

- Supplemental brief in support of motion to dismiss in *Mayor and City Council of Baltimore v. Philip Morris USA Inc. et al.*, No. 24-C-22-004904 (Md. Cir. Ct. Baltimore City) (due Aug. 19, 2024)

9. In light of these conflicts, 7-Eleven respectfully requests an additional 30 days—until Friday, September 27, 2024—to prepare its response.

10. On August 5, 2024, counsel for 7-Eleven conferred with counsel for Plaintiffs. Counsel for Plaintiffs consented to a 30-day extension.

For the reasons stated above, 7-Eleven respectfully requests that the Court extend the time for 7-Eleven to answer or otherwise respond to the Complaint by 30 days, until September 27, 2024.  A proposed order is attached as Exhibit A.

Dated: August 5, 2024

Respectfully submitted,

*/s/ Jeffrey R. Johnson*
Christian G. Vergonis (D.C. Bar No. 483293)
Jeffrey R. Johnson (D.C. Bar No. 1015307)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C.  20001
202-879-3939
jeffreyjohnson@jonesday.com

David B. Alden (*pro hac vice*)
JONES DAY
North Point
901 Lakeside Ave.
Cleveland, Ohio  44114
216-586-3939
dbalden@jonesday.com

*Counsel for Defendant 7-Eleven, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 5, 2024, I electronically filed this document with the Clerk of the Court using CM/ECF, which will automatically generate and serve Notices of Electronic Filing on all counsel of record.

*/s/ Jeffrey R. Johnson*
Jeffrey R. Johnson
